**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-176 |
| | § | |
| LETECIA ANGULO | § | |

## ORDER

The court has considered the defendant's motion to waive the presentence report and has determined that there is sufficient information to sentence the defendant without a presentence investigation. The defendant has provided the court with sufficient information about the offense, her criminal history, the guideline computations, and the sentencing options to proceed to sentencing without a full-fledged investigation.

The defendant's motion to waive is granted. The sentencing hearing is reset for **June 29, 2010, at 9:00 a.m.**

SIGNED on June 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge